**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | RT Development, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 81-4025662 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 30313 Canwood Street, Suite 32<br>Agoura Hills, CA 91301<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business<br>2279 Laurel Canyon Blvd., Los Angeles, CA 90046<br>2301 Laurel Canyon Blvd., Los Angeles, CA 90046<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor **RT Development, LLC** _____ Case number (*if known*) _____
      Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ☐ No.
   ■ Yes.

   District **Central District of California**    When **2/22/21**    Case number **1:21-bk-10292-VK**
   District _____    When _____    Case number _____

Debtor  **RT Development, LLC**_____  Case number (*if known*)_____
      Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____ When _____  Case number, if known _____

11. **Why is the case filed in *this district*?**  *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**  *Check one:*

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000
    ■ $1,000,001 - $10 million
    ☐ $500,000,001 - $1 billion

Debtor   __RT Development, LLC_____     Case number (*if known*)_____
     Name

        ☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
        ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
        ☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor  **RT Development, LLC**  Case number (if known) _____
        Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **5/3/21**
             MM / DD / YYYY

X _____      **Brett P. Miles**
Signature of authorized representative of debtor   Printed name

Title  **Managing Member**

**18. Signature of attorney**

X _____   Date **05/03/2021**
Signature of attorney for debtor                MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 271-6223**    Email address  **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | RT Development, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blue Town, LLC David Hodge and Stacey Freeman c/o The Kneafsey Firm Inc 800 Wilshire Blvd #710 Los Angeles, CA 90017 | | The promissory note and unrecorded deed of trust which was secured by now foreclosed real property located at 1609-1615 Grand Avenue, Santa Barbara | Contingent Unliquidated Disputed | | | $367,046.00 |
| Chris Kreidel 18061 Redondo Cir. Huntington Beach, CA 92648 | | Two single family residences located at 2279 and 2301 Laurel Canyon Blvd., Los Angeles, CA 90046 | | $490,000.00 | $4,900,000.00 | $96,650.21 |
| Craig and Carol Eiland 357 Westminster Ave. Ventura, CA 93003 | | Loan | | | | $90,000.00 |
| Dale A. and Judy E. Hopkins 127 W. Angeleno Ave San Gabriel, CA 91776 | | Loan | | | | $100,000.00 |
| Davis Miles McGuire Gardner 40 E. Rio Salado Pkwy, Suite 425, Temple, AZ 85281 | | Loan | | | | $60,000.00 |

Debtor  **RT Development LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Emily and Mark Guido**<br>Do It Now Life Ret FBO Emily Guido<br>American Estate & TR FBO Mark Guido<br>3130 Hidden Creek Ave<br>Thousand Oaks, CA 91360 | | Loan | | | | $115,800.00 |
| **Estate of William Spalthoff**<br>2479 Chaucer Place<br>Thousand Oaks, CA 91362 | | Loan | | | | $200,000.00 |
| **Genuine Properties LLC**<br>Attn: Paul Sterngold<br>21781 Ventura Blvd Ste 584<br>Woodland Hills, CA 91364 | | Two single family residences located at 2279 and 2301 Laurel Canyon Blvd., Los Angeles, CA 90046 | | $131,460.00 | $4,900,000.00 | $131,460.00 |
| **Genuine Properties LLC**<br>Attn: Paul Sterngold, Manager<br>21781 Ventura Blvd Ste 584<br>Woodland Hills, CA 91364 | | Two single family residences located at 2279 and 2301 Laurel Canyon Blvd., Los Angeles, CA 90046 | | $62,673.00 | $4,900,000.00 | $62,673.00 |
| **Gregory and Connie Miles**<br>1173 N 560 W<br>Orem, UT 84057 | | Loan | | | | $150,000.00 |
| **Larry & Brenda Thoele**<br>FBO L2B2 Properties Inc.<br>solo 401K, Charles Schwab<br>206 E. 115th Terrace<br>Kansas City, MO 64114 | | Loan | | | | $100,000.00 |

Debtor  **RT Development LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Liberty Trust Co. LTD. c/o Celeste Mendelsohn 4501 W. Channel Island Blvd., #59 Oxnard, CA 93035 | | Loan | | | | $80,208.33 |
| Millennium Trust Co. Ltd. 2001 Spring Rd., Suite 700 Oak Brook, IL 60523 | | Loan | | | | $80,000.00 |
| Preferred Real Holdings, LLC Attn: Connie Warren 16106 Winston Drive Oregon City, OR 97045 | | Loan | | | | $112,794.38 |
| Ranon Udkoff & Jane Rivkah Udkoff The Keansffsey Firm Inc C/O Sean M Kneasfsey 800 Wilshire Blvd #710 Los Angeles, CA 90017 | | Breach of Contract Lawsuit is filed in Superior Court, Case No.: 20STCV42613 RANON UDKOFF, ET AL. VS SOUTHWEST SERVICES GROUP, LLC, ET AL. | Contingent Unliquidated Disputed | | | $270,000.00 |
| Robert Antinoro Equity Trust Company Custodian FBO Robert Antinoro IRA 676 Rabbit Creek Ln. Newbury Park, CA 91320 | | Loan | | | | $200,000.00 |

Debtor    RT Development LLC
_____    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Robert L. Loftus Vantage FBO: Robert L. Loftus Traditional IRA, Vantage Retirement 20860 N. Tatum Blvd., Suite 240 Phoenix, AZ 85050 | | Loan | | | | $277,168.00 |
| Robert Weissman 2660 Townsgate Rd., Suite 350 Westlake Village, CA 91361 | | Loan | | | | $150,000.00 |
| SLYPROP4, LLC Attn: Wiliam Ratcliff 4603 Desert Drive Woodland Hills, CA 91364 | | Loan | | | | $187,500.00 |
| Zarabella Skye 7028 W. Waters Ave #283 Tampa, FL 33647 | | Loan | | | | $100,000.00 |

# United States Bankruptcy Court
## Central District of California

In re: **RT Development, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brett P. Miles<br>30313 Carnwood Street, Suite 32<br>Agoura Hills, CA 91301 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, **Brett P. Miles**, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  5/3/2021

Signature  *[signed]* Brett P. Miles

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>RT Development, LLC<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 5-3-21                      _[signature]_
                                   Signature of Debtor 1

Date: _____             _____
                                   Signature of Debtor 2 (joint debtor) (if applicable)

Date: 5/3/2021                    _[signature]_
                                   Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    F 1007-1.MAILING.LIST.VERIFICATION

RT Development, LLC
30313 Canwood Street, Suite 32
Agoura Hills, CA 91301


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


90265 Films, LLC
9663 Santa Monica Blvd., Suite 949
Beverly Hills, CA 90210


American Estate and Trust
c/o Monica Brislawn
1340 Reynolds Ave., #116
Irvine, CA 92614


Blue Town, LLC
David Hodge and Stacey Freeman
c/o The Kneafsey Firm Inc
800 Wilshire Blvd #710
Los Angeles, CA 90017


Blue Town, LLC
10573 W. Pico Blvd, #310
Los Angeles, CA 90064


Brett P. Miles
30313 Canwood St., Ste 32
Agoura Hills, CA 91301


California Dept of Tax and Fee Admi
Special Ops, MIC 29
PO Box 942879
Sacramento, CA 94279-0005

Chris Kreidel
18061 Redondo Cir.
Huntington Beach, CA 92648


Craig and Carol Eiland
357 Westminster Ave.
Ventura, CA 93003


Dale A. and Judy E. Hopkins
127 W. Angeleno Ave
San Gabriel, CA 91776


Davis Miles McGuire Gardner
40 E. Rio Salado Pkwy., Suite 425
Tempe, AZ 85281


Easy Financial LLC
Toorak Capital Partners LLC
15 Maple St., Second Floor West
Summit, NJ 07901


Emily and Mark Guido
Do It Now Life Ret FBO Emily Guido
American Estate & TR FBO Mark Guido
3130 Hidden Creek Ave
Thousand Oaks, CA 91360


Employment Developement Dept
PO Box 826806
Sacramento, CA 94206-0001


Estate of William Spalthoff
2479 Chaucer Place
Thousand Oaks, CA 91362

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


Genuine Properties LLC
Attn: Paul Sterngold, Manager
21781 Ventura Blvd Ste 584
Woodland Hills, CA 91364


Global Investments Management Inc
Solo 401 (k)
1718 Capital Ave
Cheyenne, WY 82001


Gregory and Connie Miles
1173 N 560 W
Orem, UT 84057


Hallco Property Solutions Inc.
374 E. H St., Suite A-408
Chula Vista, CA 91910


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Key Development Inc.
3225 McLeod Dr., Suite 100
Las Vegas, NV 89151

Larry & Brenda Thoele
FBO L2B2 Properties Inc.
solo 401K, Charles Schwab
206 E. 115th Terrace
Kansas City, MO 64114


Laurel Canyon Estates LLC
30313 Canwood St., Ste 32
Agoura Hills, CA 91301


Liberty Trust Co. LTD
c/o Celeste Mendelsohn
4501 W. Channel Island Blvd. #59
Oxnard, CA 93035


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054


Millennium Trust Co. LLC
2001 Spring Rd., Suite 700
Oak Brook, IL 60523


Pierre Nasnas
9495 Reseda Blvd. #5
Northridge, CA 91324


Preferred Real Holdings, LLC
Attn: Connie Warren
16106 Winston Drive
Oregon City, OR 97045


Qadeer Azam
9420 Reseda Blvd.
Northridge, CA 91324

Quality Loan Service Corp
2763 Camino Del Rio South
San Diego, CA 92108


Ranon Udkoff & Jane Rivkah Udkoff
The Keansffsey Firm Inc
C/O Sean M Kneasfsey
800 Wilshire Blvd #710
Los Angeles, CA 90017


Richard Duil
2279 Laurel Canyon Blvd.
Los Angeles, CA 90046


Robert Antinoro
Equity Trust Company Custodian
FBO Robert Antinoro IRA
676 Rabbit Creek Ln.
Newbury Park, CA 91320


Robert L. Loftus
Vantage FBO: Robert L. Loftus
Traditional IRA, Vantage Retirement
20860 N. Tatum Blvd., Suite 240
Phoenix, AZ 85050


Robert Weissman
2660 Townsgate Rd., Suite 350
Westlake Village, CA 91361


SLYPROP4, LLC
Attn: Wiliam Ratcliff
4603 Desert Drive
Woodland Hills, CA 91364


Southwest Services Group, LLC.
30313 Canwood St., Ste 32
Agoura Hills, CA 91301

```
Valley Girl Holdings, LLC
3579 E. Foothill Blvd., Unit 178
Pasadena, CA 91107


Zarabella Skye
7028 W. Waters Ave #283
Tampa, FL 33647
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Michael Jay Berger**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>michael.berger@bankruptcypower.com | FOR COURT USE ONLY |
|---|---|
| ☑ *Attorney for: RT Development, LLC* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**RT Development, LLC**<br><br>Debtor.<br><br>Plaintiff(s),<br><br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:  **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Brett P. Miles_____ , the undersigned in the above-captioned case, hereby declare
  *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                      F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:
   - [✓] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2.a.  [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests: **Brett P. Miles - 100% owner of the Debtor's equity interest.** See Addendum

b.  [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

5/3/2021  
Date

By: _____  
Signature of Debtor, or attorney for Debtor

Name: Brett P. Miles  
Managing Member  
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT

# Addendum to Corporate Ownership Statement Pursuant to
# F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Brett P. Miles
30313 Canwood Street, Suite 32
Agoura Hills, CA 91301

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

F 1007-4.CORP.OWNERSHIP.STMT